Order issued December /8 , 2012



005306

In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00896-CV

MARY E. BIVINS FOUNDATION, ET AL., Appellants

V.

HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Appellees

## ORDER

We **GRANT** appellees' December 12, 2012 second unopposed motion for an extension of time to file a brief **to the extent** that appellees shall file their brief on or before January 16, 2013.

DOUGLAS S. LANG
JUSTICE